# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| THOMAS BARNEY HARRIS, SR. | ) | CIVIL ACTION NO.: CV290-618 |
| LYMAN A. GUY | ) | CV590-270 |
| DANNY HUGH KIRKLAND | ) | CV591-019 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a Motion for Rule 35 Examination of Plaintiffs, requesting an order that plaintiffs submit to an independent psychiatric examination. Plaintiffs have filed a response. After review, Defendant's Motion for Rule 35 Examination is **GRANTED**. The expense of said examinations shall be the responsibility of Defendant. Plaintiffs' psychiatric examinations shall be at the office of Dr. Miguel J. Martelli, 7 St. Andrews Court, Brunswick, Georgia, at the following dates and times:

| | |
|---|---|
| Thomas B. Harris | May 5, 2005 at 2:00 p.m. |
| Lyman A. Guy | May 6, 2005 at 11:00 a.m. |
| Danny Hugh Kirkland | May 6, 2005 at 2:00 p.m. |

**SO ORDERED**, this 3rd day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)