IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THOMAS BARNEY HARRIS, SR. ) <br> LYMAN A. GUY ) <br> DANNY HUGH KIRKLAND ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: CV290-618 <br> CV590-270 <br> CV591-019 |

### ORDER

Defendant has filed a Motion to Compel the Plaintiffs to produce a current medical authorization to obtain the Plaintiffs' medical records. Additionally, Defendant seeks an Order requiring Plaintiffs to produce an authorization which permits the release of records pertaining to psychiatric, psychological, and drug and alcohol treatment, if any. Plaintiffs have responded to the motion. Defendants' Motion to Compel is **GRANTED** in part. The portion of Defendant's motion seeking current medical authorizations from the Plaintiffs is **granted**. However, that portion of the motion seeking an order requiring Plaintiffs to produce an authorization permitting the release of records pertaining to psychiatric, psychological, and drug and alcohol treatment, if any, is **DENIED**.

SO ORDERED, this 3rd day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)