IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| THOMAS BARNEY HARRIS, SR. | ) | CIVIL ACTION NO.: CV290-648 |
| LYMAN A. GUY | ) | CV590-270 |
| DANNY HUGH KIRKLAND | ) | CV591-019 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed an Objection (Doc. 66) to the Magistrate Judge's Order dated May 3, 2005. That Order granted in part and denied in part Defendant's Motion to Compel Plaintiffs to produce, inter alia, current medical authorizations in order to obtain their medical records. Defendant objects to that portion of the Order which denied its request that the medical authorization include release of records pertaining to psychiatric, psychological, and drug and alcohol treatment, if any. Plaintiffs have filed a response. Upon review, Defendant's Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

SO ORDERED, this 18th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)