# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 27 A 10: 49
CLERK
SO. DIST. OF GA.

JOHN LEON GRAY, SR.,      :      CIVIL ACTION
KENNETH WILLIAMS,               NO. CV590-254
LYMAN M. GUY, JR., and    :      NO. CV590-256
TROY ALLEN HICKOX,              NO. CV590-270
                                   NO. CV590-275
    Plaintiffs,          :

    v.                     :

CSX TRANSPORTATION, INC.,    :

    Defendant.

## O R D E R

Upon consideration of the Motion of Defendant, CSX Transportation, Inc., for reconsideration as to partial summary judgment and motion in limine regarding clothing exposure, and Plaintiff's response thereto, the same is hereby **GRANTED**.

**SO ORDERED**, this 26th day of May, 2005.

                            JUDGE, UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA